UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY B. HOWELL,

    Petitioner,

v.

ADAM DOUGLAS,

    Respondent.

_____/

Case No. 2:23-cv-10996

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**.

Dated: November 26, 2025

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge